IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| *DUSTIN VENTIMIGLIA,* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 3:19-cv-00707-NJR-MAB |
| *VEOLIA ES TECHNICAL SOLUTIONS,* ) | |
| *LLC; VEOLIA NORTH AMERICA, LLC;* ) | |
| *TOYOTA INDUSTRIAL EQUIPMENT* ) | **JURY TRIAL DEMANDED** |
| *MFG, INC., and CASCADE* ) | |
| *CORPORATION,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS VEOLIA ES TECHNICAL SOLUTIONS, LLC AND VEOLIA NORTH AMERICA, LLC'S COMBINED CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Veolia ES Technical Solutions, L.L.C. and Veolia North America, LLC (the "Veolia Entities") state:

**Defendant Veolia ES Technical Solutions, L.L.C.**'s sole member/parent company is Veolia Environmental Services North America LLC, which, in turn, has a sole member/parent company that is Veolia North America, Inc.

**Defendant Veolia North America, LLC**'s sole member/parent company is Veolia North America, Inc.

Veolia North America, Inc. is wholly owned by the publically traded company Veolia Environnement S.A.

The Veolia Entities understand that, pursuant to Federal Rule of Civil Procedure 7.1, they must promptly file a supplement statement upon any change in the information that this statement requires.

11770340.1

SANDBERG PHOENIX & von GONTARD P.C.


By:   /s/ Zachary S. Merkle
      Mary Anne Mellow, #6184050
      Zachary S. Merkle, #6322707
      600 Washington Avenue - 15th Floor
      St. Louis, MO  63101-1313
      314-231-3332
      314-241-7604 (Fax)
      E-mail:  mmellow@sandbergphoenix.com
               zmerkle@sandbergphoenix.com


      *Attorneys for Defendants*
      *Veolia ES Technical Solutions, L.L.C. and Veolia*
      *North America, LLC*


**<u>Certificate of Service</u>**

I hereby certify that on July 3, 2019 the foregoing was filed via this Court's Electronic Filing System and thereby served upon counsel of record and upon the Clerk of this Court.


      /s/ Zachary S. Merkle

11770340.1